## LANCASTER *v.* GOULD ET AL.

From the Johnson Common Pleas.

*S. P. Oyler, D. Howe,* and *B. F. Davis,* for appellant.
*K. M. Hord* and *A. Blair,* for appellees.

PETTIT, J.—This suit was brought by the appellees against the appellant and another who remained in the case by himself, or his legal regresentative after his death, till the end of the case, and final judgment was rendered against both. Lancaster alone has appealed and assigned errors, not having taken any steps under sec. 551, 2 G. & H. 270.

Under the often repeated rulings of this court, the appeal must be dismissed.

The appeal is dismissed, at the costs of the appellant.